**Order filed January 8, 2013**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00978-CV

———————

### KENNETH BONIABY, Appellant

### V.

### SOUTHWESTERN BELL TELEPHONE COMPANY D/B/A AT&T TEXAS AND BRIAN SCHAEFER, Appellees

---

**On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 57614**

---

## ORDER

No reporter's record has been filed in this case. The official court reporter for the Court informed this court that appellant had not made arrangements for payment for the reporter's record. On December 10, 2012, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal on or before **February 7, 2013.** If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM